393 A.2d 21

**COMMONWEALTH of Pennsylvania**

v.

**Roosevelt WARD, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 13, 1978.

Decided Oct. 5, 1978.

William H. Platt, Public Defender, Thomas A. Wallitsch, Allentown, for appellant.

James Knoll Gardner, Asst. Dist. Atty., Allentown, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM.

This is a direct appeal from a conviction of voluntary manslaughter in which the following contentions have been raised:

(a) Since "no aggravating circumstances" were alleged in the indictment the Commonwealth improperly attempted to suggest on voir dire that it was seeking the death penalty;

(b) That the court erred in stating to the jury, in its opening remarks, that they (the jury) should not concern themselves with the penalty;

(c) That the court erred in discussing in the charge its view of the legislative intent of section 1311(b), 18 Pa.C.S.A. 1311(b) (Supp.1978–79);

(d) That the trial court erred in its charge on the duty to retreat;

(e) That the trial court erred in restricting the defense in developing the disposition of the victim;

(f) That the trial court improperly permitted the admission of a prior conviction for larceny of appellant for impeachment purposes.

We have reviewed these issues and find them to be without merit.

Judgment of sentence affirmed.